**Marilyn Villarrubia (1638)**

| | |
|---|---|
| **From:** | Marilyn Villarrubia (1638) on behalf of Mark Fullmer (1324) |
| **Sent:** | Friday, January 05, 2018 1:58 PM |
| **To:** | 'Donald Rulh' |
| **Cc:** | Michael Carbo (carbolaw@neosoft.com); 'spencersens@gmail.com'; 'treymorice@gmail.com'; 'bcaseydoc@gmail.com' |
| **Subject:** | Actions by a Majority of the Members of CLS |
| **Attachments:** | Letter to Donald Rulh and Consent of Majority of Members of CLS.PDF |

A Majority of the Members of Complete Logistical Services, LLC have taken the actions specified in the attachments, and as counsel for Complete Logistical Services, LLC, we are sending this email to you. The attachments are also being sent to you by certified mail, return receipt requested. Your last known address on the records of Complete Logistical Services, LLC is 860 Marlene Drive, Gretna, Louisiana 70056. Please advise if you want notices sent to you at a different address.

**Mark A. Fullmer**
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-584-9324
Fax: 504-568-9130
Email: mark.fullmer@phelps.com

PHELPS DUNBAR LLP
Louisiana | Mississippi | Florida
Texas | Alabama | North Carolina | London

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

IRS CIRCULAR 230 DISCLOSURE - To ensure compliance with requirements imposed by the U.S. Treasury and IRS we inform you that any federal tax advice contained in this communication (including attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding tax penalties that may be imposed under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another person any transaction or matter addressed herein.


EXHIBIT A

Complete Logistical Services, LLC
4400 Poche Ct. W
New Orleans, LA 70129

January 3, 2018

**Via Email**
Mr. Donald Rulh, Jr.

    Re: **Management of Complete Logistical Services, LLC ("the Company")**

Dear Donald:

    The purpose of this letter is to confirm that you are not authorized to act unilaterally for or on behalf of the Company with respect to the management and operation of the Company, including but not limited to incurring any obligation on behalf of the Company or taking any action relative to the Company's assets.

    Further, the undersigned, constituting a majority of the Members of the Company, and Spencer Sens, in his capacity as the sole Administrator of the Company, demand that you immediately cease and desist taking any action for or on behalf of the Company or representing to anyone that you have any authority to act for or on behalf of the Company.

    You will be responsible for all damages, direct or indirect, sustained or suffered by the Company or the undersigned as a result of your failure to abide by this letter.

                                        Complete Logistical Services, LLC

                                        by: _____
                                                Spencer Sens, Member and Sole
                                                Administrator

                                        by: _____
                                                Natchez Morice, III, Member

                                        by: _____
                                                Brett Casey, Member

## CONSENT OF MAJORITY OF THE
## MEMBERS OF
## COMPLETE LOGISTICAL SERVICES, LLC

The undersigned, constituting a majority of the Members of Complete Logistical Services, LLC, a Louisiana limited liability company (the "Company"), and acting pursuant to Sections 3.2 and 3.3 of the Operating Agreement of the Company, hereby take the following action in lieu of action at a meeting of the Members:

**Removal of Donald Rulh, Jr. as a Signatory on Company Bank Accounts:**

WHEREAS, Donald Rulh, Jr. is a Member of the Company ("Mr. Rulh"); and

WHEREAS, a majority of the Members desire to remove Mr. Rulh as a signatory on all bank accounts of the Company;

**NOW, THEREFORE, BE IT RESOLVED,** that Mr. Rulh shall be removed as a signatory on all bank accounts of the Company as promptly as possible;

**FURTHER RESOLVED,** that Spencer Sens and Natchez Morice, III, (the "Authorized Members") are, and each of them singly is, hereby authorized and directed to take all actions necessary or appropriate to remove Mr. Rulh as a signatory on all bank accounts of the Company; and

**FURTHER RESOLVED,** that a majority of the Members hereby adopt any resolution required by any bank to remove Mr. Rulh as a signatory on all accounts of the Company at such bank as if such resolution were copied herein *in extenso*;

**Limitations on Actions by Donald Rulh, Jr.**

WHEREAS, the Operating Agreement of the Company provides that the Company is managed by a majority of its Member, acting by a majority vote, and Spencer Sens, the sole Administrator of the Company; and

WHEREAS, Mr. Rulh in violation of the Operating Agreement of the Company has unilaterally taken actions with respect to the Company and its assets;

**NOW, THEREFORE, BE IT RESOLVED,** that Mr. Rulh shall not, and is prohibited from, acting unilaterally for or on behalf of the Company with respect to the management and operations of the Company, including, but not limited to, incurring any obligation on behalf of the Company or taking any actions related to the Company's assets; and

**FURTHER RESOLVED,** that the Authorized Officers are, and each of them acting singly is, hereby authorized and directed to take all actions necessary or appropriate to advise all consultants, customers, banks, and suppliers of the Company that Mr. Rulh has no authority to act unilaterally for or on behalf of the Company with respect to the management or operation of

the Company and that such persons are not to provide any records of the Company to Mr. Rulh or to provide Mr. Rulh with electronic access to any record of the Company;

**Enabling Resolutions**

**FURTHER RESOLVED,** that the Authorized Members are, and each of them acting singly is, hereby authorized and directed to take all actions and do all things as may be required, or as may in their sole discretion be necessary or advisable, in order to effectuate fully these resolutions; and

**FURTHER RESOLVED,** that all actions taken by the Authorized Members, or such agents as they may have appointed, either orally or in writing, prior to the date of the adoption of these resolutions are hereby approved, ratified and confirmed in all respects.

This Written Consent may be executed in one or more counterparts, each of which will be deemed to be an original copy of this Written Consent and all of which, when taken together, will be deemed to constitute one and the same Written Consent. A manual signature on this Written Consent, an image of which has been terminated electronically, will constitute an original signature for all purposes.

Dated: January 3, 2018

_____
Spencer Sens, Member

_____
Natchez Morice, III, Member

_____
Brett Casey, Member