**Marilyn Villarrubia (1638)**

| | |
|---|---|
| **From:** | Marilyn Villarrubia (1638) on behalf of Mark Fullmer (1324) |
| **Sent:** | Tuesday, January 23, 2018 12:01 PM |
| **To:** | Donald Rulh; Michael Carbo (carbolaw@neosoft.com) |
| **Cc:** | spencersens@gmail.com; treymorice@gmail.com; Brett Casey; Louis Fishman (lfishman@fishmanhaygood.com); Gershanik, Maureen B.; Mince, Loretta G.; David Patron |
| **Subject:** | Complete Logistical Services, LLC |
| **Attachments:** | Letter to Donald Rulh, Jr. dated January 23, 2018.PDF |

We are sending the attached letter as counsel for Complete Logistical Services, LLC.

**Mark A. Fullmer**
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-584-9324
Fax: 504-568-9130
Email: mark.fullmer@phelps.com

## PHELPS DUNBAR LLP

Louisiana | Mississippi | Florida
Texas | Alabama | North Carolina | London

CONFIDENTIALITY NOTICE – This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

IRS CIRCULAR 230 DISCLOSURE – To ensure compliance with requirements imposed by the U.S. Treasury and IRS we inform you that any federal tax advice contained in this communication (including attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding tax penalties that may be imposed under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another person any transaction or matter addressed herein.

EXHIBIT B

# PHELPS DUNBAR LLP

Louisiana | Mississippi | Texas | Florida | Alabama | North Carolina | London

MARK A. FULLMER
Partner
(504) 584-9324
fullmerm@phelps.com

January 23, 2018

28814-0001

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND VIA E-MAIL**

Mr. Donald Rulh, Jr.
860 Marlene Drive
Gretna, LA 70056

Re:   Complete Logistical Services, LLC

Dear Donald:

A majority of the Members of Complete Logistical Services, LLC (the "Company") acting by written consent dated January 19, 2018 (copy attached) have adopted resolutions, among other things, placing you indefinitely on administrative leave effective January 19, 2018, and as counsel for the Company, we are sending this email to you. The attachment is also being sent to you by certified mail, return receipt requested. Your last known address on the records of the Company is 860 Marlene Drive, Gretna, LA 70056. Please advise if you want notices sent to you at a different address.

As you know, a meeting of the Members of the Company was held last night to consider whether (1) you have caused direct harm to the Company and (2) you should be treated as an assignee of the Company for all purposes effective January 22, 2018. The Members at that meeting unanimously adopted resolutions determining that your conduct, which was outlined in the notice for that meeting dated January 11, 2018, caused direct harm to the Company. The Members at that meeting also unanimously adopted resolutions to treat you as an assignee of the Company for all purposes effective January 22, 2018. Minutes for that meeting, which you acknowledged by email dated January 22, 2018 but did not attend, will be sent to you and the other Members of the Company in the near future.

Section 11.1 of the Operating Agreement of the Company provides that an assignee shall have no management rights with respect to the Company. Additionally, while you are on administrative leave, you are not to conduct any business in the name of or on behalf of the Company without the prior written consent of a majority of the Members of the Company.

_____ COUNSELORS AT LAW _____

Canal Place  |  365 Canal Street, Suite 2000  |  New Orleans, Louisiana 70130-6534  |  504-566-1311  |  504-568-9130 Fax  |  phelpsdunbar.com

PD.23032774.2

Mr. Donald Rulh, Jr.
January 23, 2018
Page 2

    With best regards,

               Very truly yours,

                Mark A. Fullmer

MAF/mbv
cc (via certified mail, return receipt
    requested and email):    Michael Carbo, Esq.

cc (via email):    Mr. Spencer Sens
                  Dr. Natchez Morice, III
                  Dr. Brett Casey
                  Louis Fishman, Esq.
                  Maureen Gershanik, Esq.
                  Lori Mince, Esq.
                  David Patron, Esq.

PD.23032774.2

## CONSENT OF MAJORITY OF THE
## MEMBERS OF
## COMPLETE LOGISTICAL SERVICES, LLC

The undersigned, constituting a majority of the Members of Complete Logistical Services, LLC, a Louisiana limited liability company (the "Company"), and acting pursuant to Sections 3.2 and 3.3 of the Operating Agreement of the Company, hereby take the following action in lieu of action at a meeting of the Members:

**Donald Rulh, Jr. on Administrative Leave**

WHEREAS, a majority of the Members desire that the Company place Donald Rulh, Jr. indefinitely on administrative leave;

NOW, THEREFORE, BE IT RESOLVED, that the Company shall place Donald Rulh, Jr. indefinitely on administrative leave effective as of the date of this Consent;

FURTHER RESOLVED, that Spencer Sens and Natchez Morice, III, (the "Authorized Members") are, and each of them singly is, hereby authorized and directed to take all actions necessary or appropriate in connection with the Company placing Donald Rulh, Jr. indefinitely on administrative leave;

**Retention of Postlethwaite & Netterville**

WHEREAS, counsel for Donald Rulh, Jr., counsel for Spencer Sens, counsel for the Company and Trey Morice met in December, 2017 to discuss a resolution of the disputes among the Members of the Company;

WHEREAS, as a result of that meeting, counsel for Donald Rulh, Jr. and counsel for Spencer Sens provided to counsel for the Company names of three companies to provide to the Members a report valuing the Company (the "Valuation Report"); and

WHEREAS, the firm of Postlethwaite & Netterville was included on the list provided to counsel for the Company by both counsel for Donald Rulh, Jr. and counsel for Spencer Sens to provide a Valuation Report to the Members;

NOW, THEREFORE, BE IT RESOLVED, that the Authorized Members are hereby authorized and directed to discuss with Postlethwaite & Netterville its availability to provide to the Members of the Company a Valuation Report and the fee for such service;

FURTHER RESOLVED, that the Authorized Members are hereby authorized and directed to negotiate a fee arrangement with Postlethwaite and Netterville for the preparation and delivery of a Valuation Report and, assuming the Authorized Members are able to negotiate a satisfactory fee arrangement with Postlethwaite & Netterville, as determined together in their sole discretion, to negotiate and sign an engagement letter between the Company and Postlethwaite & Netterville containing such representations, warranties, indemnities, covenants, terms and conditions as the Authorized Members shall determine together in their sole discretion,

the exercise of which shall be conclusively presumed from their signature on the engagement letter;

**Enabling Resolutions**

    **FURTHER RESOLVED**, that the Authorized Members are, and each of them acting singly is, hereby authorized and directed to take all actions and do all things as may be required, or as may in their sole discretion be necessary or advisable, in order to effectuate fully these resolutions; and

    **FURTHER RESOLVED**, that all actions taken by the Authorized Members, or such agents as they may have appointed, either orally or in writing, prior to the date of the adoption of these resolutions are hereby approved, ratified and confirmed in all respects.

    This Written Consent may be executed in one or more counterparts, each of which will be deemed to be an original copy of this Written Consent and all of which, when taken together, will be deemed to constitute one and the same Written Consent. A manual signature on this Written Consent, an image of which has been terminated electronically, will constitute an original signature for all purposes.

Dated: January 19, 2018

_____
Spencer Sens, Member

_____
Natchez Morice, III, Member

_____
Brett Casey, Member

the exercise of which shall be conclusively presumed from their signature on the engagement letter;

**Enabling Resolutions**

FURTHER RESOLVED, that the Authorized Members are, and each of them acting singly is, hereby authorized and directed to take all actions and do all things as may be required, or as may in their sole discretion be necessary or advisable, in order to effectuate fully these resolutions; and

FURTHER RESOLVED, that all actions taken by the Authorized Members, or such agents as they may have appointed, either orally or in writing, prior to the date of the adoption of these resolutions are hereby approved, ratified and confirmed in all respects.

This Written Consent may be executed in one or more counterparts, each of which will be deemed to be an original copy of this Written Consent and all of which, when taken together, will be deemed to constitute one and the same Written Consent. A manual signature on this Written Consent, an image of which has been terminated electronically, will constitute an original signature for all purposes.

Dated: January 19, 2018

_____
Spencer Sens, Member

_/s/ Natchez Morice_____
Natchez Morice, III, Member

_____
Brett Casey, Member