

---------- Forwarded message ----------
From: **Donald Rulh** <donaldrulh@gmail.com>
Date: Wed, Mar 7, 2018 at 1:44 PM
Subject: Re: Texas DBE Programs
To: Michele Elwell <michele.elwell021@gmail.com>
Cc: Arnold Baker <abaker@brmconcrete.com>, Morris Kahn <morriskahn@aol.com>, shawjos73@yahoo.com

Hello Michele,

As per my text yesterday evening between us both, I too am waiting on the proposals for the final and potential agreements.

In copy, hopefully Mr. Morris and/or Arnold can share the latest timeline to be done.

I spoke to Mr. Wayne/Ellsworth on several
Occasions prior to his surgery and then they wanted to meet but I have pushed them off formally because we are awaiting details that are needed.

We can quote out anyone we want to regarding insurance, only reason I went to Ellsworth is because they did decent service for other companies I'm involved with and still currently inside FLS. Mr. Wayne came along years back when we were insured with Paul's Agency (Trey's guy), and we were covered the way we should have been and we also saved money. So I trust him in general. He had surgery, and we still need to finalize paperwork. But, like I said, if anyone has an insurance company they would like to price, I think it's smart to shop it around. Mr. Wayne has also insured Harvey Gulf and Associated Marine Terminals in the past, so they know both the Offshore And Stevedoring.

I'm hoping everyone in copy can weigh in on the timelines. I'm as eager as anyone to get this deal going.

Typing on phone, please excuse grammatical errors.

Best Regards,
Donald Rulh

cell: 504-338-3735



1

RULH 003678

www.fourchonlaunch.com
www.trashdoctors.com

On Mar 6, 2018, at 6:16 AM, Michele Elwell <michele.elwell021@gmail.com> wrote:

Donald

Just my thoughts however before we close any deals we need the company set up and all the details on how it works along with Insurance in place. I forwarded my email to Holly this morning as I am not getting any replies from them.

If you could send the structure information and clarification on how all of this will work I would be greatly appreciate.

Michele Elwell
337-296-8628
michele.elwell021@gmail.com

Life is Better at the Beach
Gulf Shores and Orange Beach Vacations.....
www.vrbo.com/624646
www.vrbo.com/284763
www.vrbo.com/403362


This e-mail, (including attachments, if any), is a confidential communication and may also be legally privileged. It is intended only for the stated addressee(s) and access to it by any other person is unauthorized. No one other than the intended recipient(s) is authorized to read, retain, disseminate, or copy this communication. Notwithstanding the foregoing, the contents of this communication shall not be disclosed to any third party. If you are not the intended recipient, please notify sender immediately by return e-mail and have the information destroyed. Michele Elwell will not accept liability for any loss or damage whether direct or indirect relating to the communication by e-mail of data or documents.

On Mar 6, 2018, at 1:28 AM, Donald Rulh <donaldrulh@gmail.com> wrote:

Thanks for sharing, the opportunities are countless. I am trying to put together our target market for other main streams of past revenues and relationships. Will also send over an NDA for all to sign before I send out a list of clientele that we will pursue, I can figure out some
Estimated sales that some of our collective past relationships can potentially generate.

I am also awaiting to see when Shawana is setting up the meeting for the NYC tunnel job and I will drive out to her to hopefully close that deal.

Morris and I have a 3pm scheduled for tomorrow/later today actually. I am hoping that we can try to finalize opening the new entity so we can start organizing the infrastructure.

RULH 003679

I know it seems that we aren't getting much done, but it's going to come Together nicely.

Best Regards,
Donald Rulh

cell: 504-338-3735

www.fourchonlaunch.com
www.trashdoctors.com

On Mar 2, 2018, at 1:23 PM, Arnold Baker <abaker@brmconcrete.com> wrote:

> <attachment 1.docx>

> Arnold Baker

> On Mar 2, 2018, at 1:20 PM, Arnold Baker <abaker@brmconcrete.com> wrote:

>> <attachment 1.docx>

>> Arnold Baker

>> On Mar 1, 2018, at 5:59 AM, Arnold Baker <abaker@brmconcrete.com> wrote:

>>> Triumph works well, reflecting the battles and challenges ahead with a spiritual embodiment of inevitable victory.

>>> Arnold Baker

>>> On Mar 1, 2018, at 1:44 AM, Donald Rulh Jr. <donaldrulh@gmail.com> wrote:

>>>> Sounds like we may go with "Triumph Logistics" unless otherwise told differently.  Michele and I text and she is cool with it as well as Morris.

3

We just need to get the info on where to open the entity and finalize the structure.  I worked on the Business Plan tonite but keep getting side tracked with other business. It is a work in progress.

Off the top of my head and the most important things to discuss is how big do we want to go on the front end while assembling the team and support.

I've got the entire Harvey office ready to jump ship and Shawana seems ready as well.

We know that us 4 are onboard and the other potentials are just waiting for "packages/options" and pay.

The list for other pieces of the puzzle include:

Jason Bruner - whom can attack the land based and should be able to bring some Stevedoring business to at least pay some bills and then eventually be the lead person to run the DBE and special projects division.

Michael Reynen - an Overall Team player

4

RULH 003681

and cannot say that I have ever seen harder and dedicated guy.  One of the most respected names on the River and US Gulf when it comes to shipping.

Ms. Janet - just because she is Ms. Janet, lol

Other potential is our newest CLS addition Tony.  He comes from a Marine Crewing background.  He is a very good recruiter and Shawana can later weigh in on Tony.  Small world but we grew up in the same arena and know tons of the same people.  JB and Mike can also vouch for Tony, he would be great and it would further limit CLS' ability to operate once we pull whom we are targeting.

All in all, total salaries we would have to support would be around $300-$350K for the first year.  I do not see how we cannot be self sufficient within 6 months.  The value on bringing the larger team is that it undermines the ability of CLS to handle their workload and everyone we are taking brings relationships on many

5

RULH 003682

different angles that
are proven over the
years and these guys
can go market and sell
until they bring in
enough business to
support their salaries.

I'm getting tired and
running on, I will be
in touch.  Looking
forward to Friday,
good night!

Best Regards,
Donald Rulh Jr.
Co-Owner

www.fourchonlaunch.com
www.trashdoctors.com

Direct Cell 504-338-3735
donaldrulh@gmail.com

On Feb 27, 2018, at
11:59 AM, Donald
Rulh Jr.
<donaldrulh@gmail.c
om> wrote:

Apex Predator, Top of
the Food Chain is
why I liked it but I
also like your options
as well.  Your names
are not as popularly
used, so I see the
point of going that
route.

I kind of like:
1. Triumph the most,
Triumph Logistics
(Logo maybe a
Warrior standing on
top of a mountain
with a skull in his
hand LOL) or just a

6

RULH 003683

Warrior standing on top of summit
2. Or Conquest would be in my top 2
Conquest Logistics
3. Or another Key Word could be "Summit" - to reach the highest point of a mountain…. And also it is obviously used politically for a meeting of 2 heads of Gov't
Summit Logistics

Everyone please weigh in your thoughts or Michele maybe just go with one of the 3 above? Kismet is cool and has good meaning but most people may have to google the meaning? We just need to finalize this and then meet figure out the final structure for the initial parent company.

Once we are open for business, combining our relationships and our expertise with Arnold's specialty knowing major for DBE (Maritime Specific Companies),  I can see us becoming a partnering company for 3rd party service and supply companies that DO NOT have DBE status.  We will partner with 3rd Party vendors  to fill quotas for Major National Brands.  In Essence,

7

we would in some cases become a Management and/or Brokering Company within some of these arenas.  Arnold can explain this in better detail as to the requirements and the business models for these companies pushing for DBE participation.

My initial thoughts on obvious and potential revenue streams and different divisions listed below.  It is a lot and actually even more than I will list.  But I think it will be smart to  obviously go after what has worked for us over the years.

1. We can start out with our normal Marine, Shoreside Crewing and Labor, plus expand into other niche personnel markets…. But the advantage NOW, is that we will be able to go straight to the DBE Procurement Offices of the bigger Oilfield companies in particular and ask what they are needing to fill, and now be able to give them Crewing Possibilities from a DBE standpoint which is not being don right now.  I looked into trying to convert CLS into a DBE years back

RULH 003685

and I could not get the support to do so.  It's a competitive advantage where we have no competition with regarding Marine Crewing in specific.  Add That Advantage on top of of our personal and existing relationships, we will obtain a decent amount of business sooner than later, I have no doubt in this model.

2. We will be advertising/marketing to O&G Majors, Fortune 500 Companies etc… to find out what there needs might be and then go out and find the Service and/or Supply houses/companies to form "Strategic Alliances" with 3rd party Vendors and then adding our mark-up, management fees (Arnold can explain this in better detail but this is just what I know about this advantage)

3. By going to the O&G Majors and having our experience/resumes for Oilfield Personnel, we will be able to obtain MSA's with the Majors, whereas before, I was unable to obtain MSA's for CLS not being DBE Certified (this is when

RULH 003686

I first started educating myself on this idea 7 years ago- everything happens for a reason and I am excited to finally achieve this personal goal).

I know the Oil Majors hire 3rd Party Company Men, Operators etc… (Marty with BP was one of these type of guys working under Turner, Brown and Root or maybe Danos and Curole), in some cases they will actually give us the "Employee" and we are just running him/her thru our payroll with mark-up.  They also hire all sorts of 3rd party personnel.

4. Another major revenue stream is potentially and eventually getting into the Foreign Worker Programs to supply Sandblasters, Painters, Rig hands and who knows what other positions in the USG in specific. I know Grand isle Shipyard makes a ton of money on this.  This can be a long term goal and will require more research, but to my knowledge there are no DBE Certified Suppliers of this type of personnel.  There are likely hundreds of

RULH 003687

guys working out there for GIS and the Danos and Curole.

5. More recently and on/off during 2017 I was trying to build a "Turnaround" Division that I could nt get any cooperation internally and I just let it go after getting no assistance. But Turnarounds on the River and along the USG Ports is a huge market.  Most major Terminals will hire 3rd party crews to go in there and provide specialists.  The one major change in that industry is that the Terminals are now also requiring the 3rd party to also supply consulting services on the Turnaround regarding Safety Procedures and plan of attack for the specific job.  Big Companies in this industry are Turner Industries and I will have to pull up an old email and re-forward more specifics on this division that I think we can go into in the future. I am pretty sure there are no DBE Providers to this opportunity and I believe there is great margins within this Industry.  One thing we would eventually Have to do is likely hire someone that is

RULH 003688

The Brains/Operations Manager at one of our future competitors in this Arena. Whomever that may eventually be, would be able to:

A. Bring a Resume of past performance

B. Bring the knowledge on how to do this work

C. Potentially bring some business with them

D. Will have a database of the Hired Help/Laborers etc…for the qualified workforce.  I know some of these positions are Boiler Professionals, Safety, Fire/Hole Watch etc.

6. Another potential for DBE in specific is to eventually create a Safety Division. Tons of money in Safety Personnel, I seen this when I did the BP Project at NASA.  We were making $1700 per day profit for 2 safety guys, it was great.  Those margins might not always be that great, but I have always heard Safety has great margins and has become prevalent in today's liability burdens for companies.  And now the major Industries are pushing for more 3rd party Safety Guys in some cases for

12

transparency and
Quality Assurance.

7. This is something
Michele brought
up.  She has a
company looking to
use us for payroll. She
can discuss this to
follow this email.

These are Just some
of my thoughts and
feel free to weigh in:-)

I am also trying to
complete a rough
business plan that
Michele and I can
work on together.  I
will hopefully get
some of it done today
but we obviously
have several moving
pieces that cannot be
fully answered until
we get the Company
formally
opened.  Might not be
finished today neither
but I will push to have
it done by tomorrow
at the latest.  Part of
this is figuring out the
payroll based on
whom I plan on
potentially adding on
the front end and to
give everyone (1-year
stability and
commitment) to get
us rolling.  I have
ZERO doubt we
cannot get this thing
going in the right
direction and self
sustainable in
relatively little time
versus other "start-
ups".  We know what
works, what does

13

not.  We know we will not have Accountants trying to run the company and will set up our HR and Internal Controls correctly on the front end.  We do not need glorified accountants dabbling in Sales and Operations.  Build it around Sales and Operations and everyone else is replaceable.  But even more so, make sure Operations is supported properly and not working people in to the ground.

We are discussing to either open the company in Nevada or Delaware. Morris' contact whom is a Specialist on this particular topic will help consult us by the end of this week on the different benefits for each state. Personally and Logistically I would rather Nevada if it's a coin toss in benefits between each state.  I would like to have the company opened and named by the end of the week so we can start working on getting things rolling next week.

From what I am hearing, there are several different benefits each state has versus the other

RULH 003691

one.  Morris can weigh in on this and give his friends name.  Michele, this guy also does free business structure seminars in NOLA every other week if you would like to join me on the next one? I will find out the date and time for the next one and maybe we can go together as I need to learn more about this as well.

Looking forward to everyone's feedback…. Typing in a hurry, so please excuse grammatical errors.

Best Regards,
Donald Rulh Jr.
Co-Owner

www.fourchonlaunch.com
www.trashdoctors.com

Direct Cell 504-338-3735
donaldrulh@gmail.com

On Feb 27, 2018, at 7:27 AM, Michele Elwell <michele.elwell021@gmail.com> wrote:

As for a name, just in my area there are 12 companies with Apex in them from Soultions, Consultants etc.  Below are some thoughts with the

RULH 003692

same meaning as
Apex

Kismet (kinda like
this one)
Triumph
Victory
Star
Conquest

Not sure if any of
these would work.
Just my suggestions.

Michele

Michele Elwell
337-296-8628
michele.elwell021@g
mail.com

Life is Better at the
Beach
Gulf Shores and
Orange Beach
Vacations.....
www.vrbo.com/62464
6
www.vrbo.com/28476
3
www.vrbo.com/40336
2


This e-mail,
(including
attachments, if any),
is a confidential
communication and
may also be legally
privileged. It is
intended only for the
stated addressee(s)
and access to it by
any other person is
unauthorized. No one
other than the
intended recipient(s)
is authorized to read,
retain, disseminate, or
copy this

RULH 003693

communication. Notwithstanding the foregoing, the contents of this communication shall not be disclosed to any third party. If you are not the intended recipient, please notify sender immediately by return e-mail and have the information destroyed. Michele Elwell will not accept liability for any loss or damage whether direct or indirect relating to the communication by e-mail of data or documents.

On Feb 26, 2018, at 11:55 PM, Donald Rulh Jr. <donaldrulh@gmail.com> wrote:

Hello All,

I have been discussing and explaining each of you to one another and actually made the "meet and greet" lunche on last

17

RULH 003694

week betwee n Shawa na, Michel e and Morris.

I have express ed the strategi c import ance of setting up from a DBE standp oint for many years. It is someth ing I have been trying to guide another compa ny that you all aware of and have receive d nothin g but kickba ck, this is all provab le and will come

RULH 003695

out very soon.

I am done discussing that other company and I am here to build an entirely new team using the things that worked from my past experience, adding to it, building the team around Operations and Sales Professionals and supporting said the team with resources to lessen

19

RULH 003696

the , burden of perfor mance.

We will not build the new team around glorifie d accoun tants by trade and neglect the true support staff. We will also stress the import ance of HR and look to cross train Operati ons and Logisti cs Profess ionals to be able to do other tasks

RULH 003697

but with proper training. I will be rolling out a new Business Plan very soon to show the structure that I think we should move to and also for everyone's input. I am not some type of "Dictator and Chief" and looking for everyone's input that joins me on the front end.

Our main goal will be

RULH 003698

staffing Globally and even more so within some of the same Industries that we have all been working collectively for over 100+ years. This experience will actually go to 150+ years when you include other key professionals that I will be bringing onboard shortly, all of them you know

RULH 003699

very well.

That being said, I do not want to approach this venture without initially acknowledging that we will likely spawn into several different arenas with the abilities to acquire many different DBE, 8-A, Hub-Zone Etc… criteria for MAY Opportunities out there. I have been knowing about some

RULH 003700

of these opport unities BUT Arnold can take us to another level given our overall abilitie s from an Operati ons and Experi ence Standp oint.

These opport unities are better suited for Arnold to discuss with you ladies in person as I would like for us all to meet very soon.

Arnold travels in

RULH 003701

between Houston and NOLA regularly and it may work out for us all to meet in Lafayette to Baton Rouge area sooner than later.

I am not tooting my own horn, but I have worked and opened many different companies, I am the common denominator in the other companies that you have both

RULH 003702

helped me build. I INVITED all Partners into my business life only to be disenfranchised and defrauded into a certain point where I had to protect myself. I am not afraid to put this on paper and email because I DO NOT HAVE NON-COMPETE and my factual data supports everything I am saying, I have

RULH 003703

made several people millionaires on paper so far and we will eclipse that x's 100 regarding our success moving forward, we now know the "formula".  Please do not take this the wrong way, but I will not waste my time moving forward and please know that I value each of you individually as to whats

RULH 003704

we all bring to the table.

As we all know, I will be putting some fires out on the other end of my business dealings and have spent well over $100,000 researching and doing my best to protect my wealth and assets so far.  I will not be a "micro-manager" on this deaL, I will

RULH 003705

not be front and center, NOR will I try to re-invent the wheel. I will put the team together, will work behind the scenes to make sure our goals are met and try to lead the direction to find the best "profit margins" and not chase our tails.

Arnold is a professional on many different levels

RULH 003706

and knows the avenues we can pursue using "our collective" level of expertise. We will be enabling our new DBE to go after markets that do not necessarily have DBE participation within said fields. While doing so, I firmly believe we will stumble upon new markets that will diversify our group across

RULH 003707

the board.

Real soon, we need to finalize the name and Arnold/Morris can answer your questions on the structure of the entities as nothing is set in stone yet. There is reason to the different ways to structure these deals. My deal is I want everyone protected on the front end

RULH 003708

and I also do not want to be in the same situation 5 years down the road once I set up the blueprint for success and people think I am not needed.

I liked "Apex" as a first name and maybe Logistics or Solutions behind it but Michele thinks it is too common. I am easy and everyone

RULH 003709

please feel free to throw some suggestions out there. My only suggestion is that we do not paint ourselves into a :local" box and/or service. We want something broad, Global and could encapsulate any type of service that comes out way.

Looking forward to your feedback and trying to schedu

RULH 003710

le a
meetin
g of all
5 of us
sooner
than
later.

And of
course,
this
email
is
100%
confide
ntial…
. We
are
going
to
knock
this out
of the
park!

Best
Regards,
Donald
Rulh Jr.
Co-
Owner

www.fou
rchonlaun
ch.com

Direct
Cell 504-
338-3735
donaldrul
h@gmail.
com

--

RULH 003711

Thanks & Regards,
Donald Rulh

*Fourchon Launch Services, LLC*
24-Hr Dispatch: 1-985-396-3066
Cell: 1-504-338-3735
Fax: 1-888-221-8824
info@fourchonlaunch.com
www.fourchonlaunch.com

This e-mail, (including attachments, if any), is a confidential communication and may also be legally privileged. It is intended only for the stated addressee(s) and access to it by any other person is unauthorised. No one other than the intended recipient(s) is authorised to read, retain, disseminate, or copy this communication. Notwithstanding the foregoing, the contents of this communication shall not be disclosed to any third party. If you are not the intended recipient, please notify sender immediately by return e-mail and have the information destroyed. Fourchon Launch Services, LLC will not accept liability for any loss or damage whether direct or indirect relating to the communication by e-mail of data or documents.

RULH 003712