---------- Forwarded message ----------
From: **Donald Rulh Jr.** <donaldrulh@gmail.com>
Date: Tue, Mar 13, 2018 at 12:32 PM
Subject: Re: Triumph Logistics LLC
To: Michele Elwell <michele.elwell021@gmail.com>
Cc: "Donald Rulh Jr." <donaldrulh@gmail.com>, Arnold Baker <abaker@brmconcrete.com>,
shawjos73@yahoo.com, Morris Kahn <morriskahn@aol.com>

EXHIBIT
B

Thanks Michele,

My response in Blue below:

4. I also forgot to say that I will be paying for Ms. Janet as much as I can for a little bit of work she does for
FLS. But once we get rolling, I would like to get some help to supplement my expenses on my end.  That is not
a rush but also to be looked at as some more sacrifice from my side for us to get some help on that side of the
business in support of you and Shawana.

5. JB is around $100,000, I know it's steep but I also think he has a good shot at going after Stevedoring work
on the river and the Owner of Associated Terminals along with Everyone else at AMT love him.  I think he
could pull a little bit of work from them, who knows, $1M in sales? I am not 100% sure but I do know they are
a $3M+ account for CLS and then they also sub out work to Savard and True Blue. As strong as his ties and
reputation is over there along with 1-2 other accounts on the river, I think he could pull Empire and Scionis
which CLS could not do due to the Workmans Comp Rates and not being competitive.

Further to the NYC deal, I was using that as an example for going after other National Accounts and not trying
to circumvent Shawana's deal of course.  Just saying that there all these other opportunities in which I will be
pursuing as well but what happens when we land some of these deals on the river or Nationally from an
operations standpoint? I have seen so many flops in this industry in regards to Operations support and hate to
see the best guy I have ever hired slip out of my hands.  But if that happens, so be it. Each one fo these deals
will have a DBE piece to it, so on every DBE piece it will be either myself/Arnold tag teaming the sales but also
that steady hand for actively following thru and taking over this sales piece, he could be that steady hand we
need. I am the overall leader and visionary, but I have a couple other things going and sometimes FLS or
whatever may need me for some crazy issue at hand. It is what it is.

I was thinking he could be a swing guy for the onset, my right hand to pursue DBE work around the country.
A VP spot for land based Operations/VOP for DBE Coordinator maybe?

1

RULH 003825

Give him the same sales benefits that will be on the top end of the structure that we all discussed being 3% Top end bonus.

I can foresee myself traveling a lot to grow the other revenue streams but I also do not want to be tackling this all alone as its a ton of ground to cover and I did this before and it is gruesome after a while.  Then once we land some other projects, we need a quality Ops to handle the business.  Once I let him go back to my buddy's company, I am not gonna go after him again.  I stole home once before and that other guy is a LIFELONG friend, don't want to keep doing that to all of us.

If you look at the big picture and what we are going after, it should soon require some serious boots on the ground and I am just thinking it's worth me putting some funds together to have that quality guy that can "make it happen" on the back-end. Give it a 6 month trial and would not be the biggest roll of dice of my career.

And until he/I land some other work that he can handle from an Ops standpoint, he and I beat the streets. We have the entire USG to cover, and then there will be all these projects going on across the country where we may have to fly to and make some formal introductions, and I am only one guy is all I am saying.

But this is up to you gals/guys.  It is my only deal that I would like to push for and I need to at least pitch him soon or his other deal is gonna happen real soon.

6. Does not need to happen and it is not a Revenge deal, it is how I compete. Take the personal piece out of it. This is to make money. These guys are studs and proven.  How many other people have we gone thru from an Operations standpoint, the training, the turnover etc…? It's countless from what I have seen. Once this deal happens, everyone under that umbrella are going to be forced to sign employment contracts and then they are no longer available.

None of this for me is revenge.  It is my tactic that I have always used "steal the other teams best players" and move forward. I did this with 2 of my companies and it worked both times BUT WE DO NOT have to go that route on this one.  We already have you and Shawana:-)  When we get some solid growth, we will just feel our way thru and make some hires, I am cool with that as well.  I just do not want to be the guy having to train green Ops Employees.

8. I also thought some of the insurance quote also encapsulates internal payroll, WC for full time employees etc…? On top of the obvious 1099 guys, correct? So I initially was talking to them about having a potential $300K in full time employees and now it is down somewhere around $100K pending what we do with JB.  What I can and will do, is maybe go back to Shawn/Ellsworth and just hand over the baton and tell them you are handling it 100% so I do not muddy the water. Cool?

9. I just spoke with Janet about "George the Health Insurance Guy" and told her he did not even respond to my earlier email. She said he is running for some political office or something and maybe he is just to busy, I do not know? I told her to maybe reach out to him again to see if he is interested in quoting us.  Or maybe you know someone?  I have one other guy that may be able to handle but if you know somebody, maybe you can lead this as well?  Right now, we will only need to quote Shawana and Ms. Janet and then of course make the final decision on JB.


*** I think JB can be self sufficient on obtaining some work, how much and how quickly I do not know. All I do know is the owner of AMT (David Finley), owner of over 50 companies, stood up at Gallotoires coincidentally while Spencer was having his anniversary dinner and walked over to Spencers table and only to go over there and tell him what a great job "Jason Bruner" does for his account. This is a several hundred million dollar man and normally would not even know who handles his 3rd party labor by name. Prior to that

2

exact day, JB was treated even way worse at CLS and then shortly after he started getting a little respect from the BOSS MAN as he likes to be called, lol.

If I knew how much more money it is going to take me with my legal proceedings, I would take and guaranty JB's salary for 6 months and then release him on the river and give him a shot and a 3% sales commission on whatever he brings in.

And yes, Stevedoring may not be where we want to be as a company but it did carry fro CLS for a little while when the oilfield tanked so I do not take that for granted. I just need ya'll feedback and able to go ahead and pull the trigger as time is of the essence as he has one foot out of the door.  I cannot find loyal guys that are this good anywhere, he is that good to me and I will put my stamp on it.  If I had rot guess, he is the same as you, Shawana and myself are with some our Marine Clients in the way we are all proven was to what we can do.  And having the ability to go out and say "I am part of a new team etc…", in most of those cases, somebody that good always gets a chance to obtain some business and prove their worth. NOBODY can outshine him in that arena….

He and I could also go after and build the Terminal Turnaround work, all other opportunities on the river in general with Arnold/Morris and Myself contacts, Cruise Terminal Work and try to get personnel in the Terminals along the USG from a DBE standpoint. I'm going to need a wing-man and I don't know of anyone else better suited for this.  And between that and other work that I do in general as a whole, I need a steady hand along side of me.

But pleas know I am not trying to force this, but asking for consideration:-)


Best Regards,
Donald Rulh Jr.
Co-Owner

www.fourchonlaunch.com
www.trashdoctors.com

Direct Cell 504-338-3735
donaldrulh@gmail.com




On Mar 13, 2018, at 11:26 AM, Michele Elwell <michele.elwell021@gmail.com> wrote:

Please see my comments/thoughts in red below..

Morris, please let me know when you would like to set up the sales call meeting..

NOTE: once we have at the name confirmed/registered we will need to set up a website and email..organization chart, QM, policy and procedures, just thoughts so I don't forget

Michele Elwell
337-296-8628
michele.elwell021@gmail.com

RULH 003827

Gulf Shores and Orange Beach Vacations.....
www.vrbo.com/624646
www.vrbo.com/284763
www.vrbo.com/403362

This e-mail, (including attachments, if any), is a confidential communication and may also be legally privileged. It is intended only for the stated addressee(s) and access to it by any other person is unauthorized. No one other than the intended recipient(s) is authorized to read, retain, disseminate, or copy this communication. Notwithstanding the foregoing, the contents of this communication shall not be disclosed to any third party. If you are not the intended recipient, please notify sender immediately by return e-mail and have the information destroyed. Michele Elwell will not accept liability for any loss or damage whether direct or indirect relating to the communication by e-mail of data or documents.

On Mar 13, 2018, at 11:05 AM, Donald Rulh Jr. <donaldrulh@gmail.com> wrote:

G'Morning Ladies/Gents,

Touching base and recapping where we stand etc:

1. Morris and Michele met yesterday morning to iron out Michele's clarity on the company structure etc.... To my knowledge it has been worked out and Michele is clear on the company structure and goals for the most part. I do believe so just waiting on the paperwork to review

2. Shawana confirmed she is onboard several times to me and wondering if Morris and Shawana have cleared up that portion of the agreement regarding Shawana.

3. We need to set up the DBE on paper and register with the State and other offices to obtain status. I know this entails giving financial info on Partners etc... Are we getting closer to making this happen?

4. Strictly Confidential: Ms. Janet has told me that in the worst case scenario, she will work with us on her Social Security payments as long as we can cover her Health Insurance. As long as we need her to and showing her loyalty to me and her unwillingness to stay with the other guys. Ms. Janet is a very loyal person to me and she looks after the bottom line and watches our back with Vendors and Accounts Payable etc.... She has had her own battles with cancer but is still a valuable asset to the companies and always looking to save pennies on the dollar for me with vendors and accounts. Ms. Janet can literally work from anywhere as she can remotely handle Accounts Payable for us and set-up accounts to take those burdens off our Team. Is everyone cool with this? I am ok with that

5. JB is out on the other team as well and as we all know.  JB has another deal lined up if we cannot afford to bring him over.  I know I can put the funds together to do so, but like I said, this is a Team and not a Dictatorship.  JB is the man when it comes to Stevedoring Labor and an overall workhorse. I would love to bring him over and have him as my right hand to go after all the other work that we have been discussing outside of the Marine Market that we have discussed.  He can also go after the Marine work on a National scale regarding tunnel and bridge work that I have been talking about, ie. The NYC Tunnel project. JB is a very valuable asset and in the grand scheme of things, I think he can generate enough income in a short period of time on the river.  He and I can go after the River Terminals, Shipyards, and pursue DBE contracts from a Sales point of view and then once some of that work spills over, JB would transition back into an Operations role. He

4

has another deal lined up in case I cannot bring him with me, BUT he would be going back to his old job where it is also a childhood friend of mine that I stole JB away from to come to CLS. I would hate to go back and try to steal him away in 3-6 months from my good friend.  I think if we will be more than self sufficient in the marine side that it will keep Shawana and Michele busy and then when we land other deals across the country or the USG, JB is irreplaceable and then we will have to be out there looking for a solid Ops guy that in many cases are unproven.  Note the NYC Tunnel is Shawana's baby and should remain that way, i would suggest we not dig into this any further till she gives the go a head to avoid any issues or making anyone mad thinking we are going around them. I would suggest she be the first point of contact for any communications...as for JB, what kinda of figures?  Projected time frame for him to bring in business that would cover his salary, expense etc..position exceptions/title.. just thinking out loud…

6. Mike and Tony at this point would be overkill, but would completely destabilize the other side. I do not care about this piece as much as being able to pull JB over. JB has been disenfranchised and walked all over and I would hate to let him go.  we do not need them at this point.. this is not a business start up for revenge..

7. Once we can get the paperwork on the DBE moving along, we can get the infrastructure, bank account set-up and start marketing the business.

8. I am going to email Ellsworth to follow this email and revamp the new payroll and request for a revised cost for insurance.  this quote was not just for office personnel/paryroll these will need to be quoted for projected payroll / and sales

9. I will have to get the health insurance agent to quote out Shawana and Janet for sure and then if we add JB to the equation, will do accordingly.  If you would like I can email the guy you sent the email to in the later part of last week or if you do ensure you get a quote for dental and vision as well— which depending on cost I am get dental and vision (i would cover to start if needed)

10. Please weigh in your insight and correct me on anything from above, thanks!

Please give Item#5 some serious consideration, he is my wing-man and promise he will be worth it :-)

*** He even offered to me that he would help me in any way he can on his weekends off etc… He's my go to guy!


Best Regards,
Donald Rulh Jr.
Co-Owner

www.fourchonlaunch.com
www.trashdoctors.com

Direct Cell 504-338-3735
donaldrulh@gmail.com




On Mar 1, 2018, at 5:59 AM, Arnold Baker <abaker@brmconcrete.com> wrote:

RULH 003829

Triumph works well, reflecting the battles and challenges ahead with a spiritual embodiment of inevitable victory.

Arnold Baker

On Mar 1, 2018, at 1:44 AM, Donald Rulh Jr. <donaldrulh@gmail.com> wrote:

> Sounds like we may go with "Triumph Logistics" unless otherwise told differently.  Michele and I text and she is cool with it as well as Morris.
>
> We just need to get the info on where to open the entity and finalize the structure.  I worked on the Business Plan tonite but keep getting side tracked with other business. It is a work in progress.
>
> Off the top of my head and the most important things to discuss is how big do we want to go on the front end while assembling the team and support.
>
> I've got the entire Harvey office ready to jump ship and Shawana seems ready as well.
>
> We know that us 4 are onboard and the other potentials are just waiting for "packages/options" and pay.
>
> The list for other pieces of the puzzle include:
>
> Jason Bruner - whom can attack the land based and should be able to bring some Stevedoring business to at least pay some bills and then eventually be the lead person to run the DBE and special projects division.
>
> Michael Reynen - an Overall Team player and cannot say that I have ever seen harder and dedicated guy.  One of the most respected names on the River and US Gulf when it comes to shipping.
>
> Ms. Janet - just because she is Ms. Janet, lol
>
> Other potential is our newest CLS addition Tony.  He comes from a Marine Crewing background. He is a very good recruiter and Shawana can later weigh in on Tony.  Small world but we grew up in the same arena and know tons of the same people.  JB and Mike can also vouch for Tony, he would be great and it would further limit CLS' ability to operate once we pull whom we are targeting.
>
> All in all, total salaries we would have to support would be around $300-$350K for the first year.  I do not see how we cannot be self sufficient within 6 months.  The value on bringing the larger team is that it undermines the ability of CLS to handle their workload and everyone we are taking brings relationships on many different angles that are proven over the years and these guys can go market and sell until they bring in enough business to support their salaries.
>
> I'm getting tired and running on, I will be in touch.  Looking forward to Friday, good night!
>
> Best Regards,
> Donald Rulh Jr.
> Co-Owner

RULH 003830

www.fourchonlaunch.com
www.trashdoctors.com

Direct Cell 504-338-3735
donaldrulh@gmail.com

On Feb 27, 2018, at 11:59 AM, Donald Rulh Jr. <donaldrulh@gmail.com> wrote:

Apex Predator, Top of the Food Chain is why I liked it but I also like your options as well.  Your names are not as popularly used, so I see the point of going that route.

I kind of like:
1. Triumph the most, Triumph Logistics (Logo maybe a Warrior standing on top of a mountain with a skull in his hand LOL) or just a Warrior standing on top of summit
2. Or Conquest would be in my top 2 Conquest Logistics
3. Or another Key Word could be "Summit" - to reach the highest point of a mountain…. And also it is obviously used politically for a meeting of 2 heads of Gov't
Summit Logistics

Everyone please weigh in your thoughts or Michele maybe just go with one of the 3 above? Kismet is cool and has good meaning but most people may have to google the meaning? We just need to finalize this and then meet figure out the final structure for the initial parent company.

Once we are open for business, combining our relationships and our expertise with Arnold's specialty knowing major for DBE (Maritime Specific Companies),  I can see us becoming a partnering company for 3rd party service and supply companies that DO NOT have DBE status.  We will partner with 3rd Party vendors  to fill quotas for Major National Brands.  In Essence, we would in some cases become a Management and/or Brokering Company within some of these arenas.  Arnold can explain this in better detail as to the requirements and the business models for these companies pushing for DBE participation.

My initial thoughts on obvious and potential revenue streams and different divisions listed below.  It is a lot and actually even more than I will list.  But I think it will be smart to  obviously go after what has worked for us over the years.

1. We can start out with our normal Marine, Shoreside Crewing and Labor, plus expand into other niche personnel markets…. But the advantage NOW, is that we will be able to go straight to the DBE Procurement Offices of the bigger Oilfield companies in particular and ask what they are needing to fill, and now be able to give them Crewing Possibilities from a DBE standpoint which is not being don right now.  I looked into trying to convert CLS into a DBE years back and I could not get the support to do so.  It's a competitive advantage where we have no competition with regarding Marine Crewing in specific.  Add That Advantage on top of of our personal and existing relationships, we will obtain a decent amount of business sooner than later, I have no doubt in this model.

RULH 003831

2. We will be advertising/marketing to O&G Majors, Fortune 500 Companies etc… to find out what there needs might be and then go out and find the Service and/or Supply houses/companies to form "Strategic Alliances" with 3rd party Vendors and then adding our mark-up, management fees (Arnold can explain this in better detail but this is just what I know about this advantage)

3. By going to the O&G Majors and having our experience/resumes for Oilfield Personnel, we will be able to obtain MSA's with the Majors, whereas before, I was unable to obtain MSA's for CLS not being DBE Certified (this is when I first started educating myself on this idea 7 years ago- everything happens for a reason and I am excited to finally achieve this personal goal). I know the Oil Majors hire 3rd Party Company Men, Operators etc… (Marty with BP was one of these type of guys working under Turner, Brown and Root or maybe Danos and Curole), in some cases they will actually give us the "Employee" and we are just running him/her thru our payroll with mark-up.  They also hire all sorts of 3rd party personnel.

4. Another major revenue stream is potentially and eventually getting into the Foreign Worker Programs to supply Sandblasters, Painters, Rig hands and who knows what other positions in the USG in specific. I know Grand isle Shipyard makes a ton of money on this.  This can be a long term goal and will require more research, but to my knowledge there are no DBE Certified Suppliers of this type of personnel.  There are likely hundreds of guys working out there for GIS and the Danos and Curole.

5. More recently and on/off during 2017 I was trying to build a "Turnaround" Division that I could nt get any cooperation internally and I just let it go after getting no assistance. But Turnarounds on the River and along the USG Ports is a huge market.  Most major Terminals will hire 3rd party crews to go in there and provide specialists.  The one major change in that industry is that the Terminals are now also requiring the 3rd party to also supply consulting services on the Turnaround regarding Safety Procedures and plan of attack for the specific job.  Big Companies in this industry are Turner Industries and I will have to pull up an old email and re-forward more specifics on this division that I think we can go into in the future. I am pretty sure there are no DBE Providers to this opportunity and I believe there is great margins within this Industry.  One thing we would eventually Have to do is likely hire someone that is The Brains/Operations Manager at one of our future competitors in this Arena. Whomever that may eventually be, would be able to:
A. Bring a Resume of past performance
B. Bring the knowledge on how to do this work
C. Potentially bring some business with them
D. Will have a database of the Hired Help/Laborers etc…for the qualified workforce.  I know some of these positions are Boiler Professionals, Safety, Fire/Hole Watch etc.

6. Another potential for DBE in specific is to eventually create a Safety Division. Tons of money in Safety Personnel, I seen this when I did the BP Project at NASA.  We were making $1700 per day profit for 2 safety guys, it was great.  Those margins might not always be that great, but I have always heard Safety has great margins and has become prevalent in today's liability burdens for companies.  And now the major Industries are pushing for more 3rd party Safety Guys in some cases for transparency and Quality Assurance.

7. This is something Michele brought up.  She has a company looking to use us for payroll. She can discuss this to follow this email.

These are Just some of my thoughts and feel free to weigh in:-)

RULH 003832

I am also trying to complete a rough business plan that Michele and I can work on together.  I will hopefully get some of it done today but we obviously have several moving pieces that cannot be fully answered until we get the Company formally opened.  Might not be finished today neither but I will push to have it done by tomorrow at the latest.  Part of this is figuring out the payroll based on whom I plan on potentially adding on the front end and to give everyone (1-year stability and commitment) to get us rolling.  I have ZERO doubt we cannot get this thing going in the right direction and self sustainable in relatively little time versus other "start-ups".  We know what works, what does not.  We know we will not have Accountants trying to run the company and will set up our HR and Internal Controls correctly on the front end.  We do not need glorified accountants dabbling in Sales and Operations.  Build it around Sales and Operations and everyone else is replaceable.  But even more so, make sure Operations is supported properly and not working people in to the ground.

We are discussing to either open the company in Nevada or Delaware. Morris' contact whom is a Specialist on this particular topic will help consult us by the end of this week on the different benefits for each state. Personally and Logistically I would rather Nevada if it's a coin toss in benefits between each state.  I would like to have the company opened and named by the end of the week so we can start working on getting things rolling next week.

From what I am hearing, there are several different benefits each state has versus the other one.  Morris can weigh in on this and give his friends name.  Michele, this guy also does free business structure seminars in NOLA every other week if you would like to join me on the next one? I will find out the date and time for the next one and maybe we can go together as I need to learn more about this as well.

Looking forward to everyone's feedback…. Typing in a hurry, so please excuse grammatical errors.


Best Regards,
Donald Rulh Jr.
Co-Owner

www.fourchonlaunch.com
www.trashdoctors.com

Direct Cell 504-338-3735
donaldrulh@gmail.com




On Feb 27, 2018, at 7:27 AM, Michele Elwell <michele.elwell021@gmail.com> wrote:

As for a name, just in my area there are 12 companies with Apex in them from Soultions, Consultants etc.  Below are some thoughts with the same meaning as Apex

Kismet (kinda like this one)
Triumph
Victory
Star
Conquest

RULH 003833

Not sure if any of these would work. Just my suggestions.

Michele

Michele Elwell
337-296-8628
michele.elwell021@gmail.com

Life is Better at the Beach
Gulf Shores and Orange Beach Vacations.....
www.vrbo.com/624646
www.vrbo.com/284763
www.vrbo.com/403362

This e-mail, (including attachments, if any), is a confidential communication and may also be legally privileged. It is intended only for the stated addressee(s) and access to it by any other person is unauthorized. No one other than the intended recipient(s) is authorized to read, retain, disseminate, or copy this communication. Notwithstanding the foregoing, the contents of this communication shall not be disclosed to any third party. If you are not the intended recipient, please notify sender immediately by return e-mail and have the information destroyed. Michele Elwell will not accept liability for any loss or damage whether direct or indirect relating to the communication by e-mail of data or documents.

On Feb 26, 2018, at 11:55 PM, Donald Rulh Jr. <donaldrulh@gmail.com> wrote:

> Hello All,
>
> I have been discussing and explaining each of you to one another and actually made the "meet and greet" luncheon last week between Shawana, Michele and Morris.
>
> I have expressed the strategic importance of setting up from a DBE standpoint for many years. It is something I have been trying to guide another company that you all aware of and have received nothing but kickback, this is all provable and will come out very soon.
>
> I am done discussing that other company and I am here to build an entirely new team using the things that worked from my past experience, adding to it, building the team around Operations and Sales Professionals and supporting said the team with resources to lessen the , burden of performance.
>
> We will not build the new team around glorified accountants by trade and neglect the true support staff. We will also stress the importance of HR and look to cross train Operations and Logistics Professionals to be able to do other tasks but with proper training.  I will be rolling out a new Business Plan very soon to show the structure that I think we should move to and also for everyone's input.  I am not some type of "Dictator and Chief" and looking for everyone's input that joins me on the front end.

RULH 003834

Our main goal will be staffing Globally and even more so within some of the same Industries that we have all been working collectively for over 100+ years.  This experience will actually go to 150+ years when you include other key professionals that I will be bringing onboard shortly, all of them you know very well.

That being said, I do not want to approach this venture without initially acknowledging that we will likely spawn into several different arenas with the abilities to acquire many different DBE, 8-A, Hub-Zone Etc… criteria for MAY Opportunities out there.  I have been knowing about some of these opportunities BUT Arnold can take us to another level given our overall abilities from an Operations and Experience Standpoint.

These opportunities are better suited for Arnold to discuss with you ladies in person as I would like for us all to meet very soon.

Arnold travels in between Houston and NOLA regularly and it may work out for us all to meet in Lafayette to Baton Rouge area sooner than later.

I am not tooting my own horn, but I have worked and opened many different companies, I am the common denominator in the other companies that you have both helped me build.  I INVITED all Partners into my business life only to be disenfranchised and defrauded into a certain point where I had to protect myself.  I am not afraid to put this on paper and email because I DO NOT HAVE NON-COMPETE and my factual data supports everything I am saying,  I have made several people millionaires on paper so far and we will eclipse that x's 100 regarding our success moving forward, we now know the "formula".  Please do not take this the wrong way, but I will not waste my time moving forward and please know that I value each of you individually as to whats we all bring to the table.

As we all know, I will be putting some fires out on the other end of my business dealings and have spent well over $100,000 researching and doing my best to protect my wealth and assets so far.  I will not be a "micro-manager"  on this deaL, I will not be front and center, NOR will I try to re-invent the wheel.  I will put the team together, will work behind the scenes to make sure our goals are met and try to lead the direction to find the best "profit margins" and not chase our tails.

Arnold is a professional on many different levels and knows the avenues we can pursue using "our collective" level of expertise.  We will be enabling our new DBE to go after markets that do not necessarily have DBE participation within said fields. While doing so, I firmly believe we will stumble upon new markets that will diversify our group across the board.

Real soon, we need to finalize the name and Arnold/Morris can answer your questions on the structure of the entities as nothing is set in stone yet. There is reason to the different ways to structure these deals.  My deal is I want everyone protected on the front end and I also do not want to be in the same situation 5 years down the road once I set up the blueprint for success and people think I am not needed.

RULH 003835

I liked "Apex" as a first name and maybe Logistics or Solutions behind it but Michele thinks it is too common.  I am easy and everyone please feel free to throw some suggestions out there. My only suggestion is that we do not paint ourselves into a :local" box and/or service. We want something broad, Global and could encapsulate any type of service that comes out way.

Looking forward to your feedback and trying to schedule a meeting of all 5 of us sooner than later.

And of course, this email is 100% confidential…. We are going to knock this out of the park!


Best Regards,
Donald Rulh Jr.
Co-Owner

www.fourchonlaunch.com

Direct Cell 504-338-3735
donaldrulh@gmail.com

--
Thanks & Regards,
Donald Rulh

*Fourchon Launch Services, LLC*
24-Hr Dispatch: 1-985-396-3066
Cell: 1-504-338-3735
Fax: 1-888-221-8824
info@fourchonlaunch.com
www.fourchonlaunch.com

This e-mail, (including attachments, if any), is a confidential communication and may also be legally privileged. It is intended only for the stated addressee(s) and access to it by any other person is unauthorised. No one other than the intended recipient(s) is authorised to read, retain, disseminate, or copy this communication. Notwithstanding the foregoing, the contents of this communication shall not be disclosed to any third party. If you are not the intended recipient, please notify sender immediately by return e-mail and have the information

RULH 003836

destroyed. Fourchon Launch Services, LLC will not accept liability for any loss or damage whether direct or indirect relating to the communication by e-mail of data or documents.

RULH 003837