# EXHIBIT D
# (FILED UNDER SEAL)

PD.24210563.1