

---------- Forwarded message ----------
From: **Michele Elwell** <michele.elwell021@gmail.com>
Date: Wed, Mar 28, 2018 at 7:42 AM
Subject: Name Reserved Confirmed
To: michele.elwell021@gmail.com, shawjos73@yahoo.com, morriskahn@aol.com, Donald Rulh <donaldrulh@gmail.com>, abaker@brmconcrete.com


https://geauxbiz.sos.la.gov/Submissions/GetDocuments



Michele Elwell
337-296-8628
michele.elwell021@gmail.com

Life is Better at the Beach
Gulf Shores and Orange Beach Vacations.....
www.vrbo.com/624646
www.vrbo.com/284763
www.vrbo.com/403362


This e-mail, (including attachments, if any), is a confidential communication and may also be legally privileged. It is intended only for the stated addressee(s) and access to it by any other person is unauthorized. No one other than the intended recipient(s) is authorized to read, retain, disseminate, or copy this communication. Notwithstanding the foregoing, the contents of this communication shall not be disclosed t[...] you are not the intended recipient, please notify sender immediately by return e-mail and h[...] destroyed. Michele Elwell will not accept liability for any loss or damage whether direct o[...] the communication by e-mail of data or documents.

EXHIBIT E

--
Thanks & Regards,
Donald Rulh

*Fourchon Launch Services, LLC*
24-Hr Dispatch: 1-985-396-3066
Cell: 1-504-338-3735
Fax: 1-888-221-8824
info@fourchonlaunch.com
www.fourchonlaunch.com

This e-mail, (including attachments, if any), is a confidential communication and may also be legally privileged. It is intended only for the stated addressee(s) and access to it by any other person is unauthorised. No one other than the intended recipient(s) is authorised to read, retain, disseminate, or copy this communication. Notwithstanding the foregoing, the contents of this communication shall not be disclosed to any third party. If you are not the intended recipient, please notify sender immediately by return e-mail and have the information destroyed. Fourchon Launch Services, LLC will not accept liability for any loss or damage whether direct or indirect relating to the communication by e-mail of data or documents.

**Tom Schedler**
SECRETARY OF STATE

03/28/2018

**State of Louisiana**
**Secretary of State**



COMMERCIAL DIVISION
225.925.4704

<u>Administrative Services</u>
225.932.5317 Fax
<u>Corporations</u>
225.932.5314 Fax
<u>Uniform Commercial Code</u>
225.932.5318 Fax

MICHELE ELWELL
113 ROW ONE
OFC
LAFAYETTE, LA  70508

The following is the LLC reservation requested.

RESERVATION NO.:  092512778

EXPIRATION DATE:  July 25, 2018

NAME:   GPS SOLUTIONS, LLC

The name will be released in 120 days if not formally adopted. The expiration date is listed above.

Please use the above reservation number in all future correspondence with this office in connection with this reservation.

Sincerely,

The Commercial Division
JP

Rev 09/09

Mailing Address: P. O. Box 94125, Baton Rouge, LA 70804-9125
Office Location: 8585 Archives Ave., Baton Rouge, LA 70809
Web Site Address: www.sos.la.gov

RULH 002502

STATE OF LOUISIANA

NAME RESERVATION

(R.S. 12:1-402A, 12:204, 12:303, 12:1307, 12:1344)

**Business Type:**
LIMITED LIABILITY COMPANY - DOMESTIC

**The Secretary of State, State of Louisiana is requested to reserve the following name:**
GPS SOLUTIONS, LLC

**Said name is requested to be reserved on behalf of:**
MICHELE ELWELL

**Contact Person:**
MICHELE ELWELL
113 ROW ONE OFC
LAFAYETTE, LA, 70508

**The filing of a false public record, with the knowledge of its falsity, is a crime, subjecting the filer to fine or imprisonment or both under R.S. 14:133.**

BY TYPING MY NAME BELOW, I HEREBY CERTIFY THAT THE INFORMATION PROVIDED IS A TRUE AND COMPLETE STATEMENT.
**ELECTRONIC SIGNATURE:** MICHELE ELWELL (3/27/2018)
**TITLE**: ORGANIZER