---------- Forwarded message ----------
From: **Morris Kahn** <morriskahn@aol.com>
Date: Sat, Mar 31, 2018 at 5:43 PM
Subject: Re: GPS Solutions LLC Re: MSA
To: Michele Elwell <michele.elwell021@gmail.com>
Cc: "Donald Rulh Jr." <donaldrulh@gmail.com>, SHAWANA JOSEPH <shawjos73@yahoo.com>, Arnold Baker <abaker@brmconcrete.com>

Thanks y'all.

I'm reviewing the Corp docs and operating docs tonight, or tomorrow.

I'm the bottleneck.

I'll be guys are enjoying the holiday weekend.

Morris L. Kahn
KAHN, Business Incentives
NOLA DEFENDER, MEDIA
5049135424
1000 N. Rampart
NOLA 70116

On Mar 30, 2018, at 8:33 PM, Michele Elwell <michele.elwell021@gmail.com> wrote:

> Will do
>
> Michele Elwell
> 337-296-8628
> michele.elwell021@gmail.com
>
> Life is Better at the Beach
> Gulf Shores and Orange Beach Vacations.....
> www.vrbo.com/624646
> www.vrbo.com/284763
> www.vrbo.com/403362

1

**EXHIBIT F**

RULH 002450

This e-mail, (including attachments, if any), is a confidential communication and may also be legally privileged. It is intended only for the stated addressee(s) and access to it by any other person is unauthorized. No one other than the intended recipient(s) is authorized to read, retain, disseminate, or copy this communication. Notwithstanding the foregoing, the contents of this communication shall not be disclosed to any third party. If you are not the intended recipient, please notify sender immediately by return e-mail and have the information destroyed. Michele Elwell will not accept liability for any loss or damage whether direct or indirect relating to the communication by e-mail of data or documents.

On Mar 30, 2018, at 8:03 PM, Donald Rulh Jr. <donaldrulh@gmail.com> wrote:

> Michele,
>
> This is the most recent one that I have been able to find…. Don't have a printer in front of me to officially compare and contrast versus yours, but check t out and let me know what you think?
>
>
> <GPS Solutions, LLC MSA.docx>

On Mar 30, 2018, at 6:53 PM, Donald Rulh <donaldrulh@gmail.com> wrote:

Thanks Michele, sorry for delay. I'll compare and contrast against the most recent one I have on file.

I'll send it over and see if there are any major changes in there since you were with us previously.

Also once things are officially set up, hopefully very soon, Joe will be setting up the cloud or Dropbox that we were all discussing and we can start organizing thru that as well.


Best Regards,
Donald Rulh
Co-Owner

cell: 504-338-3735
www.fourchonlaunch.com
www.trashdoctors.com

*** Please excuse Grammatical Errors as I'm typing on my phone. ***

> On Mar 29, 2018, at 9:28 AM, Michele Elwell <michele.elwell021@gmail.com> wrote:
>
>> All,
>> Please see attached MSA I put together from the web and one i found in my files.. The insurance part we can amend once we have our policy in place   and I'm not sure if we need this part?
>>
>> COMPLIANCE WITH APPLICABLE LAWS (Including Anti-Bribery Laws)
>>
>> Please make any suggestions/changes necessary and we can put this place as a ready to go document
>>
>> <GPS Master Service Agreement.docx>
>
> Michele Elwell
> 337-296-8628
> michele.elwell021@gmail.com
>
>
> Gulf Shores and Orange Beach Vacations.....
> www.vrbo.com/624646
> www.vrbo.com/284763
> www.vrbo.com/403362
>
>
> This e-mail, (including attachments, if any), is a confidential communication and may also be legally privileged. It is intended only for the stated addressee(s) and access to it by any other person is unauthorized. No one other than the intended recipient(s) is authorized to read, retain, disseminate, or copy this communication. Notwithstanding the foregoing, the contents of this communication shall not be disclosed to any third party. If you are not the intended recipient, please notify sender immediately by return e-mail and have the information destroyed. Michele Elwell will not accept liability for any loss or damage whether direct or indirect relating to the communication by e-mail of data or documents.

--
Thanks & Regards,
Donald Rulh

*Fourchon Launch Services, LLC*
24-Hr Dispatch: 1-985-396-3066

RULH 002452