UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COMPLETE LOGISTICAL SERVICES, LLC                          CIVIL ACTION

VERSUS                                                     NUMBER:  18-3799

DONALD RULH, JR., ET AL.                                   SECTION:  "L"(5)

## HEARING ON MOTION
## OCTOBER 29, 2018

COURT REPORTER:

APPEARANCES:

MOTION:

(1)     Defendants' Motion for Extension of Time to Comply With Discovery Order (Rec. doc. 128).

_____ :        Continued to

_____ :        No opposition

__1__ :         Opposition


## ORDERED

_____ :        Dismissed as moot.

_____ :        Dismissed for failure of counsel to appear.

__1__ :         Granted.  Defendants are granted an additional 14 days within which to comply with the Court's order.

_____ :        Denied.

_____ :        Other.

                                          _____
                                          MICHAEL B. NORTH
                                          UNITED STATES MAGISTRATE JUDGE