UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMPLETE LOGISTICAL SERVICES, LLC** | **CIVIL ACTION NO. 18-3799** |
| **VERSUS** | **JUDGE ELDON E. FALLON** |
| **DONALD RULH, JR., et al.** | **MAGISTRATE JUDGE MICHAEL NORTH** |

### NOTICE OF MANUAL ATTACHMENT

Spencer Sens hereby provides notice that, for the reasons set forth in his Motion to Seal Exhibit 1 to Motion to Limit Deposition and for Protective Order, he is filing Exhibit 1 to the Motion to Limit Deposition and for Protective Order by hard copy under seal.

Respectfully Submitted,

*/s/ Loretta G. Mince*
Loretta G. Mince, 25796
Michael R. Dodson, 37450
**FISHMAN HAYGOOD, L.L.P.**
201 St. Charles Ave., Suite 4600
New Orleans, Louisiana 70170
Telephone: (504) 586-5252
Facsimile: (504) 586-5250

*Attorneys for Spencer Sens*

### CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2019 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*Loretta G. Mince*

1401702v.1