

**OFFICE OF THE DISTRICT ATTORNEY**
**15TH JUDICIAL DISTRICT**
**KEITH A. STUTES**
**DISTRICT ATTORNEY**

| ACADIA PARISH COURTHOUSE | LAFAYETTE PARISH COURTHOUSE | VERMILION PARISH COURTHOUSE |
|---|---|---|
| P. O. BOX 288 | P. O. BOX 3306 | 100 N. STATE STREET SUITE 215 |
| CROWLEY, LA 70527-0288 | LAFAYETTE, LA 70502-3306 | ABBEVILLE, LA 70510 |
| (337) 788-8831 p | (337) 232-5170 p | (337) 898-4320 p |
| (337) 783-9471 f | (337) 235-1354 f | (337) 893-0103 f |

June 20, 2018

Mr. George J. Fowler, II
*fow@frfirm.com*

RE: Public Records Request of June 8, 2018
State of Louisiana vs. Spencer Sens
Broussard Police Report Number 2018-092714

Dear Mr. Fowler:

Enclosed please find a complete copy of the District Attorney's file on Spencer Sens regarding the above mentioned criminal report number 2018-092714-BPD.

Thanking you for your cooperation, I remain,

Very truly yours,

KEITH A. STUTES
DISTRICT ATTORNEY

KAS/md

Enclosures

# BROUSSARD POLICE DEPARTMENT

T4

Report No. 18-0912714
Received by: _____
Date Received: _____
Reporting Officer: B. Fontenot

☒ INITIAL  ☐ SUPPLEMENTAL
Date of Offense: 3/28/18
Charge(s): Simple battery

Victim #1 Shawana Harris
Address 127 Benton Dr.
Lafayette, LA 70507
Victim #2 _____
Address _____

No arrest / No warrant

Victim #3 _____ [RECEIVED]
Address _____ APR 2 0 2018
LAFAYETTE PARISH
DISTRICT ATTORNEY
Victim #4 _____
Address _____

Suspect #1 Spencer Sens
Address 4400 Poche CT West
New Orleans, LA 70129
Suspect #2 _____
Address _____

Suspect #3 _____
Address _____
Suspect #4 _____
Address _____

Additional Attachments/Info:
☐ Photos: _____
☐ DVD: _____
Misc.: sent for review

☐ Suspect Arrested  no

☐ CRIMINAL   ☐ JUVENILE

# BROUSSARD POLICE DEPARTMENT

PRINT DATE: 04/19/2018     **NUMBER: 18-092714**     Page 3

Agency: BPD     Author: FONTENOT, BRYAN HUNTER
Incident No: 18-092714     Title: INITIAL NARRATIVE OF 18-092714     Report Type: I
Date Entered: 3/29/2018

On 3-28-2018 at approximately 1525 hours, I, Pfc. Hunter Fontenot was dispatched to 1610 St. Etienne Rd. (Complete Logistical Service) in reference to a simple battery. Comments in the call stated that her former boss twisted her wrist and broke three nails. While in route to the call dispatch advised that the complainant would meet officers at Broussard Police Department (BPD).

Upon arrival, I made contact with the complainant/victim, identified as Shawana Harris. Shawana stated that on 3-21-2018 at approximately 1400 hours she was in her office at her former employer which was Complete Logistical Service. Shawana further stated that she was on the phone with her friend when her boss, identified as Spencer Sens, "barged" into her office demanding her to get off the phone. Shawana stated that she complied and got off the phone. Shawana stated that Spencer then told her she was terminated and she asked him if he could tell her the reason. Shawana stated that Spencer told her, "You know why." Shawana stated that she was going to put her two weeks notice in and believes Spencer found out. Shawana advised that Spencer believed she was plotting against him with his business partner to open up her own business.

Next, Shawana stated that Spencer advised he spoke to his lawyer and his lawyer told him that she has no rights to the company cell phone, computer, or laptop. Shawana stated that she explained to Spencer that she understood but she wanted to delete her personal information that was on the cell phone. Shawana stated that she picked up the cell phone to began deleting her personal information and Spencer rushed to grab the cell phone out of her hand. Shawana stated that she attempted to hold on to the cell phone with her left hand. Shawana advised that Spencer then twisted the cell phone out of her hand which twisted her wrist and broke three (3) of her nails on her left hand.

At this time, Shawana advised me that Spencer does not work at the Broussard location on a regular basis and lives at 4400 Poche Ct West New Orleans, LA 70129. Shawana was also able to provide me with Spencer's phone number. I was able to contact Spencer via phone. Spencer stated that he had information that Shawana was going to leave his company and start her own company competing against his. Spencer stated that he went to Shawana's office and advised her that she was terminated. Spencer stated that when he terminated Shawana he advised her that she needed to give company property back which included a cell phone, computer, and laptop. Spencer further stated that when Shawana was gathering her things to leave she grabbed the cell phone to delete information off of it. Spencer stated at this time he jerked the phone out of Shawana's hand causing her nail to break. Spencer stated that he apologized to Shawanan and did not intend to harm her.

When asked if Shawana wanted to pursue charges on the matter, she stated that she did not want to pursue charges at this time. Shawana was advised that if she decides to pursue charges in the future she has 365 days and a day to do so if she wish.

# BROUSSARD POLICE DEPARTMENT

PRINT DATE: 04/19/2018   NUMBER: 18-092714   Page 4

Records only report.

# BROUSSARD POLICE DEPARTMENT

PRINT DATE: 04/19/2018      **NUMBER: 18-092714**      Page 5

Agency: BPD      Author: FONTENOT, BRYAN HUNTER
Incident No: 18-092714      Title: SUPPLEMENTAL 1 OF 18-092714      Report Type: S
Date Entered: 4/17/2018

On 4-17-2018 at approximately 1643 hours, I, Pfc. Fontenot conducted a follow up investigation at Broussard Police Department (BPD).

Shawana came into the office and stated that she wanted to pursue charges on Spencer for the battery that occurred on 3-28-2018. Shawana further stated that she was not going to pursue charges but changed her mine because she found out Spencer was sueing her for things she did not do. Shawana stated that her lawyer advised her to pursue charges.

I recommend that this case be forwarded to the District Attorney.

# BROUSSARD POLICE DEPARTMENT
## EVIDENCE REPORT

Date: 03/28/2018  Called: 15:21  Arrived: 15:25  Completed: 15:52
Location: 1610    ST ETIENNE  BROUSSARD
Victim:   HARRIS, SHAWANA
Offender: UNKNOWN,

Case No: 18-092714
Scene:
Weather:

| OFFENSE: 35 | CR# 18-092714 |

# Broussard Police Department
## Voluntary Statement

Statement of: Shawana Harris  Date of Birth: 08/14/1973  Drivers License #: 006410530
Address/City/Zip/State: 127 Benton Dr Lafayette LA 70507  Home Phone: 337 258 8481
Social Security#:  Place of Employment: (former) Complete Logistical S.
Work Address: 1610 St. Etienne Rd Broussard LA 70518  Work Phone: 504 246-2994
Place Statement Taken: BPD  Date/Time Taken: 28 mar 2018 @ 345 pm

I HAVE BEEN ADVISED BY AN INVESTIGATING OFFICER THAT I DO NOT HAVE TO MAKE ANY STATEMENTS AT ALL, NOR ANSWER ANY QUESTIONS THAT MIGHT TEND TO GO AGAINST ME OR INCRIMINATE ME. I UNDERSTAND THAT THIS STATEMENT MAY BE USED AGAINST ME IN TRIAL(S), CONCERNING WHICH THE STATEMENT IS HEREIN MADE. THIS STATEMENT HAS BEEN MADE ON A VOLUNTARY BASIS, AND I DO NOT WISH TO SPEAK WITH A LAWYER I DECLARE THAT THE FOLLOWING VOLUNTARY STATEMENT HAS BEEN MADE OF MY OWN FREE WILL WITHOUT PROMISE OF HOPE OR REWARD WITHOUT FEAR OR THREAT OF PHYSICAL HARM WITHOUT COERCION, FAVOR OR OFFER OF FAVOR WITHOUT LENIENCY OR OFFER OF LENIENCY BY ANY PERSON OR PERSON WHOMEVER.

Incident occurred: 21 March 2018 - 2ish

My former boss, Spencer Sens, grabbed my cellphone out of my hand and broke three of my fingernails in the process.

Mr. Sens was upset/angry with me because he was told I was plotting against him with his business partner Donald Ruhl to open up my own business. On 3/21/2018 Mr Sens barged in my office, told me to get off the phone and that his lawyer told him I have no rights to cellphone, computer or laptop. I explained I wanted to delete my personal info off of cell, I picked up cell and to begin deleting my personal info and Mr. Sens rushed to grab my cellphone out of my hand, I tried to hold on to cellphone with my left hand and he twisted cell out of my hand, twisting my wrist and breaking three nails in the process. At this moment I do not want to pursue charges.

Spencer Sens, CEO President - # 504-909-9286
4400 Poche Ct West
New Orleans, LA 70129

Shawana J. Harris
SIGNATURE OF PERSON GIVING STATEMENT / WITNESS / INVESTIGATING OFFICER

Page 1 of 1

BPDF 0178

OFFENSE: 14:35          CR# 18-092714

# Broussard Police Department
## Voluntary Statement

Statement of: Shawana Harris    Date of Birth: 14 Aug 2018    Drivers License #: 006419530
Address/City/Zip/State: 127 Benton Dr Lafayette, LA    Home Phone: 337.258.8481
Social Security#:                Place of Employment:
Work Address:                    Work Phone:
Place Statement Taken: BPD      Date/Time Taken: 17 Apr 2018 @ 4:23pm

I HAVE BEEN ADVISED BY AN INVESTIGATING OFFICER THAT I DO NOT HAVE TO MAKE ANY STATEMENTS AT ALL, NOR ANSWER ANY QUESTIONS THAT MIGHT TEND TO GO AGAINST ME OR INCRIMINATE ME. I UNDERSTAND THAT THIS STATEMENT MAY BE USED AGAINST ME IN TRIAL(S), CONCERNING WHICH THE STATEMENT IS HEREIN MADE. THIS STATEMENT HAS BEEN MADE ON A VOLUNTARY BASIS, AND I DO NOT WISH TO SPEAK WITH A LAWYER I DECLARE THAT THE FOLLOWING VOLUNTARY STATEMENT HAS BEEN MADE OF MY OWN FREE WILL WITHOUT PROMISE OF HOPE OR REWARD WITHOUT FEAR OR THREAT OF PHYSICAL HARM WITHOUT COERCION, FAVOR OR OFFER OF FAVOR WITHOUT LENIENCY OR OFFER OF LENIENCY BY ANY PERSON OR PERSON WHOMEVER.

On 21 Mar 2018, Spencer Sens, CEO of Complete Logistical Services where I formerly worked at barged into my office demanding I get off the phone. Spencer Sens stated he was firing me and that his lawyer told him he owns everything I have and not to delete anything off of computers, laptop & phone. I told him my personal info is on the phone I need to delete it and he said that's my phone grabbed my cellphone out of my hand by twisting my wrist and breaking my nails. I was scared and shaking after that so much I couldn't carry my box with my personal items outside that he offered to carry it out because he knew he scared me. Spencer Sens was upset/mad and kept saying he was not mad "Its just business" was recording everything

I would like to file charges at this time.
☎ 504-909-9286

SIGNATURE OF PERSON GIVING STATEMENT: Shawana J. Harris  /  WITNESS  /  INVESTIGATING OFFICER

Page 1 of 1

BPDF 0178

# BROUSSARD POLICE DEPARTMENT

PRINT DATE: 04/19/2018     NUMBER: 18-092714     Page 1

Received: 03/28/2018 15:21    Incident No: 18-092714    Signal: 35
Dispatched: 03/28/2018 15:25    Location: 1610 ST ETIENNE BROUSSARD
Enroute:    Occurrence: 03/28/2018 15:21
Arrived: 03/28/2018 15:25    X Coordinate:    Y Coordinate:
Completed: 03/28/2018 15:52
Status Date/Time: 03/28/2018 15:52    Status: PENDING    Clearance:

********** COMPLAINANT(S) *********

ID # 2018000843    HARRIS, SHAWANA JOSEPH    Home/Business
   127 BENTON DR    , LAFAYETTE LA 705070000    (337) 258-8481
TYPE OF INDIVIDUAL I    (337)
   (337)

********** OFFENDER **********

ID # 2004000036    UNKNOWN,    Home/Business
   , 00000000    (337)
TYPE OF INDIVIDUAL I    (337)
   (337)

DOB: / /    AGE: 0 +/-00    RACE:U    SEX:U    Height: 0-0    Weight: 0    SSN: PRIVATE
OLN:    State:    Class:    Commercial:    Birth City/State: UNKNOWN
Appearance:    Build:    Complexion:    Ethnicity:U    Eyes:
Hair:    Hair Length:    Hair Style:    Resident: U    M.O.:
EMPLOYER: UNKNOWN

HATE/BIAS MOTIVATED: NONE     CLOTHING:
OFFENDER USED: NOT APPLICABLE

**OFFENSE** 1    OFFENSE (RS #) 14:35    ATT/COMP C    UCR Code: 13B
   SIMPLE BATTERY

Offense Connected to Victim Sequence Number:    1 HARRIS, SHAWANA JOSEPH

********* SUSPECT(S) *********

ID # 2018000844    SENS, SPENCER    Home/Business
   4400 POCHE CT WEST    , NEW ORLEANS LA 701290000    (504) 909-9286
TYPE OF INDIVIDUAL I    (337)
   (337)

DOB: 6/09/1970    AGE: 47 +/-00    RACE:W    SEX:M    Height: 5-10    Weight: 170    SSN: PRIVATE
OLN: 5613505    State:    Class: E    Commercial:    Birth City/State:
Appearance:    Build:    Complexion:    Ethnicity:N    Eyes: BLU
Hair: UNK    Hair Length:    Hair Style:    Resident: N    M.O.:
EMPLOYER:

********** VICTIM(S) *********

ID # 2018000843    HARRIS, SHAWANA JOSEPH    Home/Business
   127 BENTON DR    , LAFAYETTE LA 705070000    (337) 258-8481
TYPE OF INDIVIDUAL I    (337)
   (337)

# BROUSSARD POLICE DEPARTMENT

PRINT DATE: 04/19/2018   **NUMBER: 18-092714**   Page 2

DOB: 8/14/1973  AGE: 44 +/-00  RACE: B  SEX: F  Height: 5-5  Weight: 174  SSN: PRIVATE
OLN: 6419530  State: LA  Class: D  Commercial:  Birth City/State:
Appearance:  Build:  Complexion:  Ethnicity: N  Eyes: BRN
Hair: BLACK  Hair Length:  Hair Style:  Resident: N  M.O.:
EMPLOYER:

INJURY TYPE(S): ☐ None  ☐ Broken Bones  ☐ Internal  ☐ Lacerations  ☒ Minor  ☐ Major  ☐ Teeth  ☐ Unconscious
Offender ID: 2018000843          Offender Seq: 1     Relationship: UNKNOWN RELATIONSHIP

***** ASSIGNED OFFICER *******
FONTENOT, BRYAN HUNTER

***** DISPATCHER(S) ******
L.P.S.O. DISPATCH CENTER,

***** OTHER PARTY(IES) ******
COMPLETE LOGISTICAL SERVICE,

```
Reference: Unknown
Msg ID   :
Msg Key  : QH
Date/Time: 20180509141027
Ent Agy  :
Requester:
User     :
ORI      :
Source   : NCIC
Control  :
Summary  : NCIC Response

TXT: MSG 137207B948 CJDALF00 0BF2B6 NC2K      D43AA7 20180509 14:10:27
LA028015A
CTL/
ATN/MICHELLE

NL01137207B9482QH
LA028015A
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX (III)
FOR NAM/SENS,SPENCER.SEX/M.RAC/W.DOB/19700609.PUR/C.ATN/MICHELLE.
END
TRACKING: 05/09/2018, 14:10:27
 - MKE: QH
 - Source: NCIC
 - ISN: 05680046Z7
 - REF: UNKNOWN

===============================================================

Reference: Unknown
Msg ID   :
Msg Key  : FR
Date/Time: 20180509140952
Ent Agy  :
Requester:
User     :
ORI      :
Source   : NLETS
Control  :
Summary  : NLETS Response

TXT: MSG 137207B947 CJDALF00 0BF2B4 NLETS     17FC5F 20180509 14:09:51
LA028015A
CTL/
ATN/MICHELLE BILLEAUD

FR.LASIR0000
12:09 05/09/2018 05738
12:09 05/09/2018 12142 LA028015A
*137207B947
TXT
PUR/C.ATN/MICHELLE BILLEAUD.SID/000808163A
               *****REQUESTED CCH SID NOT FOUND*****
TRACKING: 05/09/2018, 14:09:52
 - MKE: FR
 - Source: NLETS
 - ISN: 05680046UY
 - REF: UNKNOWN

===============================================================

Reference: Unknown
Msg ID   :
Msg Key  : C1
Date/Time: 20180509140751
Ent Agy  :
Requester:
User     :
ORI      :
Source   : LEMS
Control  :
Summary  : CCHC Response

TXT: MSG 137207B946 CJDALF00 0BF2B2 CCHC      F4E67F 20180509 14:07:50
LA028015A.
CTL/
ATN/MICHELLE BILLEAUD

C1.LA028015A..137207B946.MICHELLE BILLEAUD.
```

```
LNM/ SENS                    FNM/ SPENCER          MIN/ D    NS/ ---
RAC/ W SEX/ M HGT/ 510 WGT/ 162 HAI/ BRO EYE/ BLU POB/ AZ DOB/ 06-09-1970
AUTO/    SOC/              LN/                           OLS/ LA
LID/   ORI/   FBI/
SID/ 000808163A STAT/
FPH1/

FPH2/                          001 ALIAS
        001 LNM/ SENS              FNM/ SPENCER        MIN/ D        SUF/
TRACKING: 05/09/2018, 14:07:51
- MKE: C1
- Source: LEMS
- ISN: 05680046F4
- REF: UNKNOWN

==============================================================
```

 

**OFFICE OF THE DISTRICT ATTORNEY**
**15TH JUDICIAL DISTRICT**
**KEITH A. STUTES**
**DISTRICT ATTORNEY**

| ACADIA PARISH COURTHOUSE | LAFAYETTE PARISH COURTHOUSE | VERMILION PARISH COURTHOUSE |
|---|---|---|
| 500 N. PARKERSON AVENUE | 800 S. BUCHANAN STREET | 100 N. STATE STREET SUITE 215 |
| P. O. BOX 288 | P. O. BOX 3306 | ABBEVILLE, LA 70510 |
| CROWLEY, LA 70527-0288 | LAFAYETTE, LA 70502-3306 | (337) 898-4320 p |
| (337) 788-8831 p | (337) 232-5170 p | (337) 893-0103 f |
| (337) 783-9471 f | (337) 235-1354 f | |

June 5, 2018

Ms. Shawana Joseph Harris
127 Benton Dr
Lafayette, LA 70507

RE: Suspect: Spencer Sens
Report Number: 2018-092714-BPD
Charge(s):

Dear Ms. Harris:

The Office of the District Attorney represents the interest of the State and all of its citizens in the above CRIMINAL matter pertaining to the defendant. We have reviewed the police report regarding the incident in which you are a victim. You may have other legal rights of a CIVIL nature. We are not allowed to represent individual victims in civil matters. You should contact a private attorney to pursue civil action, if any. This is to inform you that formal criminal charges have <u>not</u> been instituted against the defendant.

In order to obtain a conviction in a criminal matter, the Office of the District Attorney must prove that criminal conduct occurred and that the defendant committed the criminal conduct BEYOND A REASONABLE DOUBT. This has been described as the greatest burden of proof in the law. Unfortunately, after a thorough review of the information presented, it is our present opinion that such information will not meet this heavy burden of proof. If additional information comes to bear, we will certainly reassess our opinion and notify you of any further decisions. This does not mean that we do not believe you or that we do not believe that something occurred. It simply means that we do not feel that the overall evidence in the case thus far is sufficient to meet the heavy burden of proof BEYOND A REASONABLE DOUBT imposed on this office by the law.

Even though no charges are being filed at this time, you are to be commended for your willingness to participate in the criminal justice process. This office understands the criminal justice system can be confusing and frustrating to those unfamiliar with the justice process; therefore, we have established a special Victims Assistance Program unit to assist you with any questions you may have about your rights in the justice process. Should you have any questions you can contact the Victim's Assistant, Kim Bettevy, at (337) 232-5170. In addition to these services, the Victims Assistance Program can further assist you in recording any financial losses you have suffered; determining if you are eligible for, or to help you apply for crime victim's

compensation benefits; provide referrals to community-based programs for financial and emotional support; and a host of other services that may aid you. I have enclosed a brochure on the Victims Assistance Program and the services available should you need them.

Thanking you for your cooperation, I remain,

Sincerely,

WILLIAM T. BABIN
Assistant District Attorney

WTB/pfc
Enclosure



GEORGE J. FOWLER, III
MANAGING PARTNER
Direct Dial: (504) 595-5123
Email fow@frfirm.com

June 1, 2018

Mr. William Babin, Prosecutor
Office of the District Attorney
15th Judicial District
P.O. Box 3306
Lafayette, Louisiana 70502-3306

RE: Charges Filed by Shawana Harris Against Spencer Sens
Report No. 2018-092714-BPD

Dear Mr. Babin:

We represent Ms. Shawana Harris. Ms. Harris has filed a report against Mr. Spencer Sens for the assault and battery that he committed against her on March 21, 2018. Ms. Harris has been advised that this matter will be prosecuted as a felony. We write to request that we be kept informed of the progress of this matter. We also ask that this charge be maintained as a felony charge. Mr. Sens is known to carry a firearm on his person and Ms. Harris was afraid for her safety during Mr. Sens's attack on her.

Please keep us advised of any developments. Please also send us a copy of the Report when it is available. We appreciate your assistance in this matter.

Very truly yours,

George J. Fowler, III

GJF/rnr

| | |
|---|---|
| STATE OF LOUISIANA | 15th JUDICIAL DISTRICT COURT |
| VERSUS | REPORT NO. 2018-092714-BPD |
| SPENCER SENS | LAFAYETTE PARISH, LOUISIANA |

CO-DEFENDANT'S -
JAIL TIME:  NO ARREST / NO WARRANT
SUMMONS ONLY:
%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%
CHARGE(s): SIMPLE BATTERY                    14:35

VICTIMS: SHAWANA HARRIS   127 BENTON DR   LAFAYETTE, LA 70507

DATE OF OFFENSE: 3/28/2018

PLEA RECOMMENDATION:

___ REFER TO PRETRIAL DIVERSION PROGRAM

___Day (s) / _____Month (s) / ___Year (s)        Parish jail; ___ suspended

If sentence is suspended:

____ Month(s) / ____ Year(s) ____ active supervised probation ____ unsupervised probation

SPECIAL CONDITIONS OF PROBATION:

___ Complete Anger Management Education Program
___ Complete Domestic Abuse Intervention Program
___ Complete Substance Abuse Education Program
___ Attend _____ AA meetings and turn proof into the DA's office by _____
___ Stay away from the victim_____, via telephone or personal
___ Forfeit any and all items seized at the time of arrest
___ Refrain from any criminal conduct
___ Pay restitution in the amount of $_____ to the DA's office.
___ Perform _____ hours of community service hours, ½ in litter abatement
___ Submit written letter of apology to _____. Turn proof into the DA's office by _____.
___ Complete Theft Check Education Program
___ Other _____

Pay a fine in the amount of $_____, court cost in the amount of $ 243.00 , IDO contribution of $___, which comes to a total of $_____.

THINGS TO DO: 6.5.18 Called and Advised Dotty George Fowler Charges Refused. One word against other. Civil matter

ACCEPT    ✓REFUSED         PRETRIAL DIVERSION         OTHER

Date: 6-5-18
ADA  WILLIAM T. BABIN



**GEORGE J. FOWLER, III**
Managing Partner
504-595-5123
fow@frfirm.com

June 8, 2018

Mr. William Babin, Prosecutor
Office of the District Attorney
15th Judicial District
P.O. Box 3306
Lafayette, Louisiana 70502-3306

Re:     Spencer Sens Felony Assault and Battery on Shawana Harris
         Report No. 2018-092714-BPD

Dear Mr. Babin,

I was very surprised to hear from your assistant that the charges against Mr. Spencer Sens had been dropped. I had written to you asking that the charges be maintained as a felony. I find it very concerning that the charges were dropped despite the fact that Officer Fontenot of the Broussard Police Department informed Ms. Harris that Mr. Sens had confessed to his attack on Ms. Harris, saying that he knew he should not have done it. This is not a "he said, she said" situation, as your assistant classified it, because Mr. Sens said the same thing as Ms. Harris—that he had committed these crimes against her. In consideration of the unbalanced power dynamic between the criminal and victim in this case, which involves a Caucasian male employer assaulting and battering an African American female employee with Caucasian male police officers investigating the crime, I have consulted the NAACP and plan to consult the EEOC. Please be aware that I am an advisory member of the United States Commission on Civil Rights. Ms. Harris was informed that Mr. Sens confessed his actions directly to Officer Fontenot, so I ask you to reinvestigate this matter. In the meantime, please find below a request for more information about this matter.

Under the **Louisiana Public Records Act** § 44:1 et seq., I am requesting an opportunity to inspect and/or obtain copies of public records relative to the file of Spencer Sens in the possession of your office. Specifically, we seek inspection and copies of your office's entire file regarding Spencer Sens, including but not limited to the police report related to his March 21, 2018 assault and battery of Shawana Harris and any documentation detailing Spencer Sen's confession. Both Ms. Harris and I have contacted the Broussard Police Department asking for a copy of the police report, but we were informed that it has to be retrieved from the District Attorney's Office. I also request any information related to whether a victim's rights representative reviewed the charges prior to them being dismissed.

Very truly yours,

George J. Fowler, III

GJF/mr